

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2013
DECEMBER 17, 2013 SESSION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:13-cr-00320
     18 U.S.C. § 922(g)(1)
     18 U.S.C. § 924(a)(2)

REGINALD B. BENNETT

# I N D I C T M E N T

The Grand Jury Charges:

1. On or about September 12, 2013, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant REGINALD B. BENNETT, did knowingly possess a firearm, that is, a Colt Agent .38 caliber revolver, in and affecting interstate commerce.

2. At the time defendant REGINALD B. BENNETT possessed the aforesaid firearm, he had been convicted of crimes punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is:

   a.   Convicted on or about January 12, 1995, in the Circuit Court of Howard County, Maryland, of Robbery with a Dangerous and Deadly Weapon, in violation of Md. Ann. Code, Art. 27, Sec. 488.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                    R. BOOTH GOODWIN II
                    United States Attorney

By: _____
     ERIK S. GOES
     Assistant United States Attorney