AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF West Virginia


FILED
DEC 31 2013
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

United States of America
V.
Reginald B. Bennett

**EXHIBIT AND WITNESS LIST**

Case Number: 2:13-cr-00320

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dwane L. Tinsley | Erik S. Goes | Lex A. Coleman |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  | CourtFlow | Tabitha Lair |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X |  | 12/30/2013 |  |  | Gov't Witness: Det. Owen B. Morris, CPD |
|  | X | 12/30/2013 | X | X | Def Exhibit 1 - Drawing of defendant in car and location of CPD Officers |
|  | X | 12/30/2013 |  |  | Def Witness: Det. Charles M. Whittington, CPD |
|  | X | 12/30/2013 |  |  | Jennifer Allen, defendant's girlfriend |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages