IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.**　　　　　　　　　　　　　　　　**CRIMINAL NO. 2:13-00320**

**REGINALD B. BENNETT**

**SECOND SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA
TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND
REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on December 31, 2013, the United States of America, by counsel, herewith supplements to each of defendant's Standard Discovery Requests as follows:

**Request B:** Disclose to defendant and make available for inspection, copying or photographing, all of the following:

**(i)** Any relevant written or recorded statement by the defendant if the statement is within the government's possession, custody, or control; and the attorney for the government knows--or through due diligence could know--that the statement exists. [Fed. R. Crim. P. 16(a)(1)(B)(i)]

**Response:** Enclosed on disc are recorded jail calls relating to defendant and transcribed notes of the phone calls. (BENNETT – 00128 – 00132)

**Request E:** Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its

**case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]**

**Response:** Enclosed on disc are the following:

1. A written document dated January 22, 2014, as prepared by Magistrate Mike Sisson. (BENNETT-00122);

2. Statement and photos as prepared by Lt. Ted Malone dated January 21, 2014. (BENNETT-00123 – 00127).

REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 14 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

                Respectfully submitted,

                R. BOOTH GOODWIN II
                United States Attorney

       By:
            s/Erik S. Goes
            ERIK S. GOES, WV Bar No. 6893
            Assistant United States Attorney
            300 Virginia Street, E. – Rm. 4000
            Charleston, WV 25301
            Telephone: 304-345-2200
            Fax: 304-347-5104
            Email:erik.goes@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "SECOND SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 30th day of January, 2014 to:

>Lex A. Coleman
>Assistant Federal Public Defender
>300 Virginia Street, East
>Room 3400
>Charleston, WV  25301

>/s/Erik S. Goes
>ERIK S. GOES
>Assistant United States Attorney
>WV Bar No.6893
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax: 304-347-5104
>Email:erik.goes@usdoj.gov