IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL NO. 2:13-00320

**REGINALD B. BENNETT**

### FOURTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on December 31, 2013, the United States of America, by counsel, herewith supplements its response as follows:

**Request E:** **Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant.  [Fed. R. Crim. P. 16(a)(1)(E)]**

**Response:** Enclosed are copies of the following:

1. A certified copy of the criminal case history sheet in State of West Virginia v. Reginald Bernard Bennett, Case No. 13F-2968, in the Magistrate Court of Kanawha County, West Virginia.  (BENNETT - 00134);

2. A copy of the Charleston Police Department Incident Report dated December 22, 2013, as prepared by Gregory Dale Lucas. (BENNETT – 00135 – 00141); and

3. A transcription of recorded telephone calls. (BENNETT – 00142 – 00166).

REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 14 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

By:
s/Erik S. Goes
ERIK S. GOES, WV Bar No. 6893
Assistant United States Attorney
300 Virginia Street, E. – Rm. 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email:erik.goes@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "FOURTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 14th day of February, 2014 to:

>    Lex A. Coleman
>    Assistant Federal Public Defender
>    300 Virginia Street, East
>    Room 3400
>    Charleston, WV  25301

>    /s/Erik S. Goes
>    ERIK S. GOES
>    Assistant United States Attorney
>    WV Bar No.6893
>    300 Virginia Street, East
>    Room 4000
>    Charleston, WV 25301
>    Telephone:  304-345-2200
>    Fax: 304-347-5104
>    Email:erik.goes@usdoj.gov