Reginald Be...
2:13-00320




Jail Call
12/24/2013
Time: 16:59

GOVERNMENT EXHIBIT
Reginald Bennett
CASE NO. 2 13 00320
4-21-14
EXHIBIT NO. 1