Jail Call # 15
1-23-2014 @ 15:04 hours



U.S. v. Reginald Bennett

OBM