GOVERNMENT EXHIBIT

Reginald Bennett

CASE NO. 2-13 00320

EXHIBIT NO. 2

4-21-14

The following is a transcription of digitally recorded telephone calls made from the South Central Regional Jail between JENNIFER ALLEN and REGINALD BENNETT.

**CALL ONE – December 24th 2013 at 4:59 p.m.**

RB:     Hello?

JA:     REGGIE?

RB:     Yeah.  Hello?

JA:     (Inaudible) brother – hello REGGIE.

RB:     Yeah, you get the car and the keys?

JA:     Yes.  I'll tell you about that later how that was.

RB:     Okay.

JA:     I don't have a house key no, I'm with KEVIN now, he's going with me to get the cats.

RB:     Okay.  Hey look tell – put KEVIN on the phone real quick.

JA:     Okay.

K:     Yo.

RB:     Hey when you get up there right? You know where um.....everything at?

K:     Yeah.

RB:     Yeah, remember from time before?

K:     Yeah.

RB:     Two places?

K:     Huh?

RB:     Two places?

K:     Yeah.

BENNETT-00142

RB:     Get all that.

K:     Okay.

RB:     Give it to um....give it to JENNIFER.  There's two places right?

K:     Yeah.

RB:     Where at?

K:     Upstairs.

RB:     Yeah upstairs but where's the two places upstairs?

K:     Um...on the – on the right hand side in the – in the back.

RB:     No what – say that again?

K:     It's in the right hand side in the back right?

RB:     Yeah soon as you walk in right? Underneath that um....that a....that counter where the um....where the – it's like a little sink sittin' on top of it?

K:     Yeah.

RB:     Just lift that up.

K:     Okay.

RB:     And then um....you know where I'm talkin' about right? Soon as you walk in the door it's the first shelf.

K:     Okay.

RB:     The floor.  You hear me?

K:     Okay, yeah.

RB:     And that's – now look, then you put a ladder up; you know where that – you know the top (inaudible) is?

BENNETT-00143

K:     Yeah.

RB:    Do that.  It's like a......just get a flashlight.

K:     Okay.

RB:    You know what I'm talkin' about?

K:     Yeah like right in the middle part?

RB:    Right, you'll see a little opening, right there right above the door.

K:     Okay.

RB:    Right above the storm door.

K:     Alright.

RB:    You know what I'm sayin'?

K:     Yeah.

RB:    And look really good I mean you should get....probably about like um....I'd say.....it should be a total maybe like a......four.

K:     Okay.

RB:    Get all that.

K:     Okay.

RB:    Give them to um....give them to JENNIFER.  Did y'all get in there yet?

K:     No I'm on my way now.  We got – we got (inaudible)...

RB:    Where y'all at?

K:     JENNIFER'S.

RB:    Oh okay where – where my car at?

K:     I just – we just – I just got that fixed.

BENNETT-00144

RB: Got the keys and all that?

K: Yeah.

RB: Got a key too?

K: Huh? Yeah.

RB: Okay, alright. Yeah I'll be out there Monday though. Well take care of that for me. You got everything I'm talking about right?

K: Yep.

RB: So the ceiling, right above the door, right?

K: Yeah.

RB: Did you hear me? And that first shelf.

K: Ceiling and the first shelf. Okay.

RB: Right soon as you walkin' in, first shelf on the floor. It's like a little, tiny, silver sink sittin' on top of that shelf, just pull that little thing up. You'll figure all that out, you see what I'm saying?

K: Is it a – is it alarm on the door?

RB: Huh?

K: Is there an alarm on the door?

RB: Yeah you got my – you got my keychain right?

K: Yeah.

RB: Yeah my alarm is on my keychain.

K: You got a whole bunch of keys; I don't know which key is what.

RB: I know there's (inaudible) one, it should be like separated almost, it's got a little green or a black dot on it.

BENNETT-00145

K:      Okay, okay.

RB:     You got to know what I'm talkin' about, it's important though that you get that.

K:      Alright.

RB:     Get those.  Total of four.

K:      Four, alright.

RB:     Four, right.  You see what I'm sayin'?  It's like look up here, look real good.

K:      Okay.

RB:     So there's a total um...there should be three upstairs, up top and then one at the bottom, soon as you walk in the door, that first shelf.  The first shelf on your right.

K:      Okay.  Yeah.

RB:     On the floor.  In the up in the ceiling.  Tell JENNIFER the same thing I just told you.

K:      Got ya.

RB:     Tell – tell go and tell her.

K:      Huh?

RB:     Go ahead and tell her what I just told you.

K:      He said – he said its four – four things, its um....it's one when we come in the door on the right hand side, its (inaudible) and three up top (inaudible).

RB:     Hello?

K:      Yeah.

RB:     You'll see – you'll see a little opening up there right?  Just get a ladder, there's a ladder over there in the store.

K:      And a flashlights on the side?

RB:     Huh?

BENNETT-00146

K:      Where's the flashlight at? Just (inaudible) flashlight?

RB:     I don't know, just get a flash – just get a flashlight yeah, well just – yeah, you know they up there just get – just (inaudible) get a flashlight.

K:      Alright.

RB:     And look around and I mean they definitely – they definitely there.  Make sure you get them.

K:      (Inaudible)

RB:     Huh?

K:      She said she got you.  I got you.

RB:     Alright, well make sure because it's important man.

K:      Alright.

RB:     I am gonna call you back here about thirty minutes alright?

K:      Okay.

RB:     Alright.

K:      Bye.