

GOVERNMENT
EXHIBIT
Reginald Bennett
CASE
NO. 2:13 CR 320
4-21-14
EXHIBIT
NO. 8