

GOVERNMENT
EXHIBIT
Lynall Benett
CASE
NO. 2:13 00320
4-21-14
EXHIBIT
NO. 10