

GOVERNMENT EXHIBIT
Gerald Bernt
CASE NO. 2: 1300320
4-21-14
EXHIBIT NO. 11