FILED

MAY - 9 2014

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. CRIMINAL ACTION NO. 2:13-cr-00320

REGINALD B. BENNETT,

Defendant.

**EXHIBIT LIST**

| Gov't No. | Def't No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| 1 | | 5-8-14 | 5-8-14 | photo of bmw | Clerk |
| 2 | | 5-8-14 | 5-8-14 | photo of back of car with license plate 1JY401 | Clerk |
| 3 | | 5-8-14 | 5-8-14 | photo of car with door open | Clerk |
| 4 | | 5-8-14 | 5-8-14 | photo of soda can | Clerk |
| 5 | | 5-8-14 | 5-8-14 | photo of top of soda can | Clerk |
| 6 | | 5-8-14 | 5-8-14 | photo of firearm | Clerk |
| | 1 | 5-8-14 | 5-8-14 | photo of google map | Clerk |
| | 2 | 5-8-14 | 5-8-14 | Charleston Police Department Incident Report Narrative | Clerk |
| | 3 | 5-8-14 | 5-8-14 | Charleston Police Department General Investigative Supplementary Report dated September 13, 2013 written by Det. CM Whittington | Clerk |
| | 4 | 5-8-14 | 5-8-14 | arrest warrant dated January 2, 2014 | Clerk |

| | | | | | |
|---|---|---|---|---|---|
| | 5 | 5-8-14 | 5-8-14 | Charleston Police Department General Investigative Supplementary Report dated September 12, 2013 written by SPTLM JM Redden | Clerk |

*Location options: Clerk; U.S. Atty; U.S. Marshal; Pl. Atty; Def. Atty; agency