

# CHARLESTON POLICE DEPARTMENT
## GENERAL INVESTIGATIVE SUPPLEMENTARY REPORT
### CPD 102

PAGE ____ OF ____

| INCIDENT NUMBER | VICTIM | DATE | TIME |
|---|---|---|---|
| I13091219 | PUBLIC SOCIETY | 13 SEPT 2013 | 1327 HRS |

ON 12 SEPT 2013 MYSELF ALONG WITH DET. O. B. MORRIS WERE WORKING FOR THE CHARLESTON POLICE DEPARTMENT SPECIAL ENFORCEMENT UNIT IN A PLAIN CLOTHES CAPACITY WHEN WE OBSERVED A BLACK IN COLOR BMW WITH VERY DARK TINTED WINDOWS TRAVELING EAST ON LEE ST. APPROACHING THE INTERSECTION OF LAIDLEY AND LEE ST. THE DRIVERS SIDE WINDOW WAS ROLLED DOWN APPROXIMATELY 6 INCHES AND I COULD SEE THAT THE DRIVER WAS USING HIS CELL PHONE WITHOUT A HANDS FREE DEVICE. DET. MORRIS THEN CONTACTED CAR 205 FOR ASSISTANCE ON A TRAFFIC STOP. CAR 205 (PTLM REDDEN) AND 207 (PTLM. MCMIKKEN) MET US AT THE INTERSECTION OF BROOKS AND WASHINGTON ST EAST. PTLM. REDDEN INITIATED THE STOP AT RUFFNER AVENUE AND JACKSON ST. WHEN PTLM. REDDEN APPROACHED THE DRIVER SIDE OF THE VEHICLE TO SPEAK WITH THE DRIVER I APPROACHED THE DRIVERS SIDE AS WELL DO TO NOT BEING ABLE TO SEE INSIDE THE VEHICLE WITH THE DARK TINT. AS PTLM. REDDEN WAS SPEAKING WITH THE DRIVER DET. MORRIS ADVISED THAT HE THOUGHT THERE WAS A SMALL AMOUNT OF MARIJUANA ON THE TOP OF A POP CAN THAT WAS BEING USED AS AN ASH TRAY ON THE PASSENGER SIDE OF THE VEHICLE. HE THEN SAID HAVE HIM STEP OUT OF THE VEHICLE. AS DET. MORRIS APPROACHED THE DRIVERS SIDE DOOR HE OPENED IT AND ASKED THE DRIVER TO STEP OUT. AS HE PLACED HIS LEFT LEG OUT ONTO THE STREET HE REACHED WITH HIS RIGHT ARM UNDER THE DRIVERS SEAT. I THEN GRABBED HIS LEFT ARM AND REMOVED HIM FROM THE VEHICLE. AS DET. MORRIS AND I WERE DETAINING THE DRIVER PTLM. REDDEN COULD SEE FROM OUTSIDE THE VEHICLE THAT THERE WAS A REVOLVER UNDER THE SEAT WHERE HE WAS REACHING. AS I WAS TAKING THE DRIVER IDENTIFIED AS (REGINALD BENNETT) TO THE REAR OF HIS VEHICLE DET. MORRIS ASKED HIM IF HE HAD A PERMIT FOR THE REVOLVER AND HE SAID NO. HE THEN LOOKED AT ME AND TOLD ME THAT HE WAS A BUSINESS OWNER IN CEDAR GROVE AND THAT IS WHY HE HAS THE REVOLVER. HE THEN SAID THAT HE WAS REACHING UNDER THE SEAT TO GET HIS IDENTIFICATION OUT OF HIS WALLET. AFTER THE VEHICLE WAS CLEARED BY DET. MORRIS I PARKED IT ON THE SIDE OF THE STREET AND LOCKED THE DOORS. BENNETT WAS THEN TRANSPORTED TO THE STATION FOR CARRY CONCEALED. AS BENNETT WAS BEING PROCESSED A CRIMINAL HISTORY WAS COMPLETED ON BENNETT AND IT SHOWED THAT HE WAS A CONVICTED FELON FOR A ARMED ROBBERY CONVICTION IN 1994 IN BALTIMORE MARYLAND. BENNETT WAS THEN CHARGED WITH FELON IN POSS. OF A FIREARM AND TRANSPORTED TO THE SOUTH CENTRAL REGIONAL JAIL.

**DEFENDANT'S EXHIBIT**
Reginald Bennett
CASE NO. 2:13-cr-320
5-8-14
EXHIBIT NO. 3

| DET. C. M. WHITTINGTON | 4299 | | |
|---|---|---|---|
| PRINTED NAME OF REPORTING OFFICER | PAYROLL | SIGNATURE OF APPROVING SUPERVISOR | PAYROLL |
| *[signature]* | | | |
| SIGNATURE OF REPORTING OFFICER | | ENTERED BY | PAYROLL |

BENNETT-00019