AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| REGINALD BENNETT | ) Case No. 2:13-00320 |
|  | ) |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **REGINALD BENNETT**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm.

Date: 12/18/2013

*Issuing officer's signature*

City and state: CHARLESTON, WV, Southern District of West Virginia

TERESA L. DEPPNER, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 19 DEC 2013, and the person was arrested on *(date)* 20 DEC 2013
at *(city and state)* CHARLESTON.

Date: 23 DEC 2013

*Arresting officer's signature*

CHARLES M. WHETTINGTON  DETECTIVE
*Printed name and title*

DEFENDANT'S EXHIBIT
Reginald Bennett
CASE NO. 2:13-cr-320
5-8-14
EXHIBIT NO. 4