

# CHARLESTON POLICE DEPARTMENT
## GENERAL INVESTIGATIVE SUPPLEMENTARY REPORT
## CPD 102

PAGE 1 OF 1

| INCIDENT NUMBER | VICTIM | DATE | TIME |
|---|---|---|---|
| I13091219 | PUBLIC SOCIETY | 12 SEPT 13 | 1903 |

SEU UNIT 4 ASKED FOR AN EAST END CAR THAT WAS AVAILABLE FOR A TRAFFIC STOP. I ADVISED SEU4, CPL. MORRIS THAT I WOULD BE EN ROUTE TO THEIR LOCATION AT COURT @ LEE. MORRIS ADVISED THAT IT WAS A BLACK BMW AND THE REASON FOR THE STOP WAS THAT THE DRIVER OF THE VEHICLE WAS USING THE CELL PHONE AND HAD ILLEGAL TINT.

I OBSERVED THE VEHICLE AND THE SEU UNIT AT THE INTERSECTION OF MORRIS AND WASHINGTON EAST BOUND. I INITATIATED THE TRAFFIC STOP AT RUFFNER AND JACKSON. I APPROACHED THE VEHICLE AND ADVISED THE DRIVER/ REGINALD BENNETT THAT HE WAS STOPPED FOR BEING ON HIS CELL PHONE AND BECAUSE HIS TINT WAS ILLEGAL.

I THEN ASKED BENNETT FOR HIS DRIVER LICENSE, REGISTRATION, AND INSURANCE. HE HANDED ME HIS REGISTRATION AND INSURANCE OUT OF THE DRIVER SIDE WINDOW AND THEN LOOKED FORWARD. I HAD TO ASK HIM AGAIN FOR HIS DRIVERS LICENSE. WHILE HE WAS REACHING FOR HIS DRIVERS LICENSE, CPL MORRIS OBSERVED WHAT HE THOUGHT TO BE MARIJUANA INSIDE OF THE VEHICLE. AT THAT TIME BENNETT WAS ASKED TO STEP OUT OF THE VEHICLE. WHEN MORRIS OPENED THE DRIVERS DOOR, BENNETT REACHED TOWARDS THE FLOOR BOARD WITH HIS RIGHT HAND. OFFICERS THEN GRABBED HIS ARM AND PULLED HIM FROM THE CAR. AS OFFICERS WERE DETAINING BENNETT I LOOKED DOWN TO WHERE HE WAS REACHING AND I OBSERVED A REVOLVER UNDER THE DRIVERS SEAT.

THE BARREL OF THE REVOLVER WAS FACING TOWARDS THE RIGHT BACK PASSENGER SEAT AND THE HANDLE OF THE GUN WAS TOWARDS THE PEDALS OF THE VEHICLE. THE COLT AGENT 38 SPECIAL HAD A BLUE COLORED FINISH, WITH A WOODEN HANDLE LOADED WITH SIX ROUNDS. THE GUN WAS ALSO AMONGST A COUPLE SETS OF KEYS, A CELL PHONE AND SOME PAPER.

I RECOVERED THE FIREARM AT APPROXIMATELY 1827 HRS FROM THE VEHICLE AND THEN PLACED IT INTO THE TRUNK OF MY CRUISER CAR 205.

THE FIREARM WAS THEN TRANSPORTED AND ENTERED INTO EVIDENCE BY SPTLM. WHITTINGTON

DEFENDANT'S EXHIBIT
Reginald Bennett
CASE NO. 2:13-CC-320
5-8-14
EXHIBIT NO. 5

| SPTLM. J. M. REDDEN | 4480 | | 1186 |
|---|---|---|---|
| PRINTED NAME OF REPORTING OFFICER | PAYROLL | SIGNATURE OF APPROVING SUPERVISOR | PAYROLL |
| | 4480 | | |
| SIGNATURE OF REPORTING OFFICER | | ENTERED BY | PAYROLL |

BENNETT-00005