IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.                                             CRIMINAL NO. 2:13-00320

**REGINALD B. BENNETT**

**SEVENTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA
TO DEFENDANT'S STANDARD DISCOVERY REQUESTS AND
REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on December 31, 2013, the United States of America, by counsel, herewith supplements its response as follows:

**Request D: Furnish the defendant with a copy of defendant's prior criminal record that is within the government's possession, custody, or control if the attorney for the government knows--or through due diligence could know--that the record exists. [Fed. R. Crim. P. 16(a)(1)(D)]**

**Response:** Enclosed are copies of the convictions in Baltimore City and Howard County, Maryland, relating to Reginald B. Bennett (BENNETT – 00697 – 00708).

**Request E: Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its**

**case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]**

**Response:** Transcription of recorded jail calls (BENNETT – 00512 – 00696).

REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 14 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

<pre>
                              Respectfully submitted,

                              R. BOOTH GOODWIN II
                              United States Attorney

                         By:
                              s/Erik S. Goes
                              ERIK S. GOES, WV Bar No. 6893
                              Assistant United States Attorney
                              300 Virginia Street, E. – Rm. 4000
                              Charleston, WV 25301
                              Telephone: 304-345-2200
                              Fax: 304-347-5104
                              Email:erik.goes@usdoj.gov
</pre>

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "SEVENTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 12th day of April, 2014 to:

        Brian D. Yost
        209 West Washington Street
        Charleston, WV  25302

        /s/Erik S. Goes
        ERIK S. GOES
        Assistant United States Attorney
        WV Bar No.6893
        300 Virginia Street, East
        Room 4000
        Charleston, WV 25301
        Telephone:  304-345-2200
        Fax: 304-347-5104
        Email:erik.goes@usdoj.gov