Exhibit 1

# Detail Call For Service Report

**Login ID:** metro\mcelhaney  **Print Date/Time:** 07/23/2014 09:15

| | | | | | |
|---|---|---|---|---|---|
| **From CFS:** | 397 | **From Date:** | 12/20/2013 22:09 | **CFS Type:** | All |
| **To CFS:** | 397 | **To Date:** | 12/20/2013 22:09 | **Agency Type:** | |
| **Layer:** All | | **Areas:** | All | | |
| **CFS Number:** | 397 | **Call Date/Time:** | 12/20/2013 22:09:57 | **Primary Incident:** | 2013-00153290 |

| | | | |
|---|---|---|---|
| **Location:** | 1500 DIXIE ST CHARLESTON, WV 25311 , CHARLESTON | **Dispatch Time:** | 12/20/2013 22:09:57 |
| **Additnl Loc Info:** | | **Arrive Time:** | 12/20/2013 22:09:57 |
| **Common Name:** | | **Clear Date/Time:** | 12/20/2013 23:54:02 |
| **Phone:** | **Nature Of Call:** | **Created By:** | chunter |
| **Call Type:** | FI  **Report Required:** No | **Canceled:** | No |
| **Status:** | Not In Progress  **Priority:** Low | **Source:** | Officer Initiated |
| **Police ORI:** | WV0200200  **EMS ORI:** 20205 | **Fire ORI:** | 20205 |

## Person Information

| Name | Person Type | Address | Phone | Race | Sex | DOB | Age | SSN |
|---|---|---|---|---|---|---|---|---|
| LEVONDOWSKI, THOMAS | Caller | <UNKNOWN>, , | (304)395-3239 | | | | | |

## Narrative, Questionnaire Responses, TDD Text

| Create Time | Created By | Narrative |
|---|---|---|
| 12/20/2013 22:08:24 | dmckean | Call #: 394 - COMP IS A SECURITY GUARD FOR THIS LOCATION AND STATING THAT SOMEONE IS POSSIBLY BEING ROBBED  CALLER ADV THEY ARE IN THE MIDDLE OF THE STREET |
| 12/20/2013 22:08:47 | dmckean | Call #: 394 - CALLER ADV THE SUSPECTS ARE 2 W/M'S AND POSSIBLY HAVE GUNS |
| 12/20/2013 22:09:09 | dmckean | Call #: 394 - 1 IS WEARING A GREEN DRESS SHIRT BLUE JEANS  OTHER IS WEARING A BLK SHIRT AND BLU JEANS |
| 12/20/2013 22:09:30 | dmckean | Call #: 394 - VICTIM IS ON THE GROUND  UNK DESCRIPTION  THEY ARE ALL IN THE MIDDLE OF THE STREET IN FRONT 1520 DIXIE ST |
| 12/20/2013 22:10:35 | dmckean | Call #: 394 - CALLER ADV HE CAN SEE THE POLICE |

## Dispositions

| Disposition | Disposition Count |
|---|---|
| 41 | 1 |
| 40 | 1 |

## Associated Areas

| Area Type Code | Description |
|---|---|
| Quadrant | CFD-STA1 |
| Station | |
| Beat | CPD08 |
| District | CM-1-7-8-6 |
| Police ORI | WV0200200 |
| EMS ORI | 20205 |
| Fire ORI | 20205 |

## Incident Number(s)

| Incident Number | ORI Number | Primary Unit | Department Name | Agency Type |
|---|---|---|---|---|
| 2013-00153290 | WV0200200 | Yes | Charleston Police Department | Police |

# Detail Call For Service Report

| | | | | | |
|---|---|---|---|---|---|
| | **Login ID:** metro\mcelhaney | | **Print Date/Time:** 07/23/2014 09:15 | | |
| **From CFS:** | 397 | **From Date:** | 12/20/2013 22:09 | **CFS Type:** | All |
| **To CFS:** | 397 | **To Date:** | 12/20/2013 22:09 | **Agency Type:** | |
| **Layer:** All | | **Areas:** | All | | |

| **CFS Number:** | 397 | **Call Date/Time:** | 12/20/2013 22:09:57 | **Primary Incident:** | 2013-00153290 |
|---|---|---|---|---|---|

**Unit(s)**

| Unit | Primary Unit | Radio Number | Personnel |
|---|---|---|---|
| SEU4 | Yes | SEU4 | omorris Morris |
| T1 | No | T1 | nwaller Waller |
| CP208 | No | dmcdaniel | jujones Jones |
| K4 | No | K4 | agaylor Gaylor |

# Detail Call For Service Report

**Login ID:** metro\mcelhaney    **Print Date/Time:** 07/23/2014 09:15

| From CFS: | 397 | From Date: | 12/20/2013 22:09 | CFS Type: | All |
|---|---|---|---|---|---|
| To CFS: | 397 | To Date: | 12/20/2013 22:09 | Agency Type: | |
| Layer: All | | Areas: | All | | |
| **CFS Number:** | 397 | **Call Date/Time:** | 12/20/2013 22:09:57 | **Primary Incident:** | 2013-00153290 |

## Call Log

| Log Date/Time | Entered By | Action | Description |
|---|---|---|---|
| 12/20/2013 22:09:57 | chunter | Call Created | New call created. Call Type: F1, Location: , Phone Number: , Name: |
| 12/20/2013 22:09:57 | chunter | Incident Created | Added Incident Number, ORI: WV0200200, Number: 2013-00153290 |
| 12/20/2013 22:09:57 | chunter | Unit Status Action | Unit SEU4 On Scene |
| 12/20/2013 22:10:05 | chunter | Unit Status Action | Unit K4 Dispatched |
| 12/20/2013 22:10:07 | chunter | Unit Status Action | Unit K4 On Scene |
| 12/20/2013 22:10:12 | chunter | Unit Status Action | Unit CP208 Dispatched |
| 12/20/2013 22:10:16 | chunter | Unit Status Action | Unit CP208 Enroute |
| 12/20/2013 22:11:36 | chunter | Associated Calls | Call Number 394 was Associated, Call Type: ASSAULT, Location: 1520 DIXIE ST, Phone Number:  THOMAS LEVONDOWSKI |
| 12/20/2013 22:11:36 | chunter | Narrative Added | Call #: 394 - COMP IS A SECURITY GUARD FOR THIS LOCATION AND STATING THAT SOMEONE IS POSSIBLY BEING ROBBED  CALLER ADV THEY ARE IN THE MIDDLE OF THE STREET |
| 12/20/2013 22:11:36 | chunter | Narrative Added | Call #: 394 - CALLER ADV THE SUSPECTS ARE 2 W/M'S AND POSSIBLY HAVE GUNS |
| 12/20/2013 22:11:36 | chunter | Narrative Added | Call #: 394 - 1 IS WEARING A GREEN DRESS SHIRT BLUE JEANS OTHER IS WEARING A BLK SHIRT AND BLU JEANS |
| 12/20/2013 22:11:36 | chunter | Narrative Added | Call #: 394 - VICTIM IS ON THE GROUND  UNK DESCRIPTION  THEY ARE ALL IN THE MIDDLE OF THE STREET IN FRONT 1520 DIXIE ST |
| 12/20/2013 22:11:36 | chunter | Narrative Added | Call #: 394 - CALLER ADV HE CAN SEE THE POLICE |
| 12/20/2013 22:18:21 | chunter | Unit Status Action | Unit CP208 On Scene |
| 12/20/2013 22:24:37 | chunter | Unit Status Action | Unit CP208 Enrt 2nd |
| 12/20/2013 22:24:46 | chunter | Unit Status Action | STATION W/1 |
| 12/20/2013 22:26:43 | chunter | Unit Status Action | Unit K4 cleared from call |
| 12/20/2013 22:29:12 | chunter | Unit Status Action | Unit CP208 At 2nd |
| 12/20/2013 23:20:54 | chunter | Unit Status Action | Unit CP208 Enrt 2nd |
| 12/20/2013 23:21:11 | chunter | Unit Status Action | Unit T1 Dispatched |
| 12/20/2013 23:21:13 | chunter | Unit Status Action | Unit CP208 At 2nd |
| 12/20/2013 23:21:15 | chunter | Unit Status Action | Unit T1 Enrt 2nd |
| 12/20/2013 23:21:24 | chunter | Unit Status Action | SCRJ W/1 |
| 12/20/2013 23:26:43 | chunter | Unit Status Action | SCRJ W/2 |
| 12/20/2013 23:39:25 | chunter | Unit Status Action | Unit T1 At 2nd |
| 12/20/2013 23:53:39 | chunter | Unit Status Action | Unit SEU4 cleared from call |
| 12/20/2013 23:53:54 | chunter | Unit Status Action | Unit CP208 cleared from call |
| 12/20/2013 23:53:57 | chunter | Unit Status Action | Unit T1 cleared from call |
| 12/20/2013 23:54:02 | chunter | Call Updated | Dispositions Changed |
| 12/20/2013 23:54:02 | chunter | Call Cleared | |

# Detail Call For Service Report

**Login ID:** metro\mcelhaney  **Print Date/Time:** 07/23/2014 09:15

| From CFS: | 397 | From Date: | 12/20/2013 22:09 | CFS Type: | All |
|---|---|---|---|---|---|
| To CFS: | 397 | To Date: | 12/20/2013 22:09 | Agency Type: | |
| Layer: All | | Areas: | All | | |

| CFS Number: | 397 | Call Date/Time: | 12/20/2013 22:09:57 | Primary Incident: | 2013-00153290 |
|---|---|---|---|---|---|

## Unit Log

| Log Date/Time | Entered By | Unit | Status | Action | Description | Location |
|---|---|---|---|---|---|---|
| 12/20/2013 22:09:57 | chunter | SEU4 | Dispatched | Unit Status Change | | 1500 DIXIE ST, CHARLESTON |
| 12/20/2013 22:09:57 | chunter | SEU4 | On Scene | Unit Status Change | | 1500 DIXIE ST, CHARLESTON |
| 12/20/2013 22:10:05 | chunter | K4 | Dispatched | Unit Status Change | | 1500 DIXIE ST, CHARLESTON |
| 12/20/2013 22:10:07 | chunter | K4 | On Scene | Unit Status Change | | |
| 12/20/2013 22:10:12 | chunter | CP208 | Dispatched | Unit Status Change | | 1500 DIXIE ST, CHARLESTON |
| 12/20/2013 22:10:16 | chunter | CP208 | Enroute | Unit Status Change | | |
| 12/20/2013 22:18:21 | chunter | CP208 | On Scene | Unit Status Change | | |
| 12/20/2013 22:24:37 | chunter | CP208 | Enrt 2nd | Unit Status Change | | |
| 12/20/2013 22:24:46 | chunter | CP208 | Enrt 2nd | Unit Location | STATION W/1 | STATION W/1 |
| 12/20/2013 22:26:43 | chunter | K4 | Available | Unit Cleared | Unit cleared from call | |
| 12/20/2013 22:26:43 | chunter | K4 | Available | Unit Status Change | | |
| 12/20/2013 22:29:12 | chunter | CP208 | At 2nd | Unit Status Change | | |
| 12/20/2013 23:20:54 | chunter | CP208 | Enrt 2nd | Unit Status Change | | |
| 12/20/2013 23:21:11 | chunter | T1 | Dispatched | Unit Status Change | | 1500 DIXIE ST, CHARLESTON |
| 12/20/2013 23:21:13 | chunter | CP208 | At 2nd | Unit Status Change | | |
| 12/20/2013 23:21:15 | chunter | T1 | Enrt 2nd | Unit Status Change | | |
| 12/20/2013 23:21:24 | chunter | T1 | Enrt 2nd | Unit Location | SCRJ W/1 | SCRJ W/1 |
| 12/20/2013 23:26:43 | chunter | T1 | Enrt 2nd | Unit Location | SCRJ W/2 | SCRJ W/2 |
| 12/20/2013 23:39:25 | chunter | T1 | At 2nd | Unit Status Change | | |
| 12/20/2013 23:53:39 | chunter | SEU4 | Available | Unit Status Change | | |
| 12/20/2013 23:53:39 | chunter | SEU4 | Available | Unit Cleared | Unit cleared from call | |
| 12/20/2013 23:53:54 | chunter | CP208 | Available | Unit Status Change | | |

# Detail Call For Service Report

**Login ID:** metro\mcelhaney  **Print Date/Time:** 07/23/2014 09:15

| | | | | | | |
|---|---|---|---|---|---|---|
| **From CFS:** | 397 | **From Date:** | 12/20/2013 22:09 | **CFS Type:** | All | |
| **To CFS:** | 397 | **To Date:** | 12/20/2013 22:09 | **Agency Type:** | | |
| **Layer:** All | | **Areas:** | All | | | |

| **CFS Number:** | 397 | **Call Date/Time:** | 12/20/2013 22:09:57 | **Primary Incident:** | 2013-00153290 |
|---|---|---|---|---|---|

### Unit Log

| Log Date/Time | Entered By | Unit | Status | Action | Description | Location |
|---|---|---|---|---|---|---|
| 12/20/2013 23:53:54 | chunter | CP208 | Available | Unit Cleared | Unit cleared from call | |
| 12/20/2013 23:53:57 | chunter | T1 | Available | Unit Status Change | | |
| 12/20/2013 23:53:57 | chunter | T1 | Available | Unit Cleared | Unit cleared from call | |

# Detail Call For Service Report

**Login ID:** metro\mcelhaney    **Print Date/Time:** 07/23/2014 09:13

| | | | | | |
|---|---|---|---|---|---|
| **From CFS:** | 339 | **From Date:** | 09/12/2013 18:24 | **CFS Type:** | All |
| **To CFS:** | 339 | **To Date:** | 09/12/2013 18:24 | **Agency Type:** | |
| **Layer:** All | | **Areas:** | All | | |
| **CFS Number:** | 339 | **Call Date/Time:** | 09/12/2013 18:24:51 | **Primary Incident:** | 2013-00135856 |

| | | | | | |
|---|---|---|---|---|---|
| **Location:** | RUFFNER AVE / JACKSON ST CHARLESTON, WV 25301 , CHARLESTON | | | **Dispatch Time:** | 09/12/2013 18:24:51 |
| **Additnl Loc Info:** | | | | **Arrive Time:** | 09/12/2013 18:24:51 |
| **Common Name:** | | | | **Clear Date/Time:** | 09/12/2013 19:39:25 |
| **Phone:** | | **Nature Of Call:** | | **Created By:** | tmiller |
| **Call Type:** | TS | **Report Required:** | No | **Canceled:** | No |
| **Status:** | In Progress | **Priority:** | High | **Source:** | Officer Initiated |
| **Police ORI:** | WV0200200 | **EMS ORI:** | 20205 | **Fire ORI:** | 20205 |

### Vehicle Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Vehicle Type:** | | **Make:** | | **Model:** | | **Year:** | |
| **Style:** | | **VIN:** | | **Condition:** | | **Color:** | |
| **Plate Type:** | | **Plate:** | 1JY401 | **Plate State:** | | **Reg.Year:** | |
| **Description:** | | | | | | | |

### Narrative, Questionnaire Responses, TDD Text

| Create Time | Created By | Narrative |
|---|---|---|
| 09/12/2013 18:24:51 | tmiller | BLK BMW ILLEGAL TINT & TALKING ON CELL PHONE |

### Dispositions

| Disposition | Disposition Count |
|---|---|
| 40 | 1 |

### Associated Areas

| Area Type Code | Description |
|---|---|
| Quadrant | CFD-STA1 |
| Station | |
| Beat | CPD08 |
| District | CM-1-7-8-6 |
| Police ORI | WV0200200 |
| EMS ORI | 20205 |
| Fire ORI | 20205 |

### Incident Number(s)

| Incident Number | ORI Number | Primary Unit | Department Name | Agency Type |
|---|---|---|---|---|
| 2013-00135856 | WV0200200 | Yes | Charleston Police Department | Police |

### Unit(s)

| Unit | Primary Unit | Radio Number | Personnel |
|---|---|---|---|
| SEU4 | No | SEU4 | omorris Morris |
| CP207 | No | McMicken, Martin | mmcmicken McMicken |
| CP205 | Yes | PETTYCP205 | jredden Redden |

# Detail Call For Service Report

**Login ID:** metro\mcelhaney  **Print Date/Time:** 07/23/2014 09:13

| | | | | | |
|---|---|---|---|---|---|
| **From CFS:** | 339 | **From Date:** | 09/12/2013 18:24 | **CFS Type:** | All |
| **To CFS:** | 339 | **To Date:** | 09/12/2013 18:24 | **Agency Type:** | |
| **Layer:** All | | **Areas:** | All | | |
| **CFS Number:** | 339 | **Call Date/Time:** | 09/12/2013 18:24:51 | **Primary Incident:** | 2013-00135856 |

## Call Log

| Log Date/Time | Entered By | Action | Description |
|---|---|---|---|
| 09/12/2013 18:24:51 | tmiller | Call Created | New call created. Call Type: TS, Location: , Phone Number: , Name: |
| 09/12/2013 18:24:51 | tmiller | Narrative Added | BLK BMW ILLEGAL TINT & TALKING ON CELL PHONE |
| 09/12/2013 18:24:51 | tmiller | Vehicle Added | Quick Call |
| 09/12/2013 18:24:51 | tmiller | Incident Created | Added Incident Number, ORI: WV0200200, Number: 2013-00135856 |
| 09/12/2013 18:24:51 | tmiller | Unit Status Action | Unit CP205 On Scene |
| 09/12/2013 18:25:00 | tmiller | Unit Status Action | Unit CP207 On Scene |
| 09/12/2013 18:25:24 | tmiller | Unit Status Action | Unit SEU4 Dispatched |
| 09/12/2013 18:29:51 | | Unit Timer Expired | Unit CP205;On Scene |
| 09/12/2013 18:30:00 | | Unit Timer Expired | Unit CP207;On Scene |
| 09/12/2013 18:49:54 | gchain | Unit Status Action | Unit CP205 Enrt 2nd |
| 09/12/2013 18:52:25 | gchain | Unit Status Action | Unit CP207 cleared from call |
| 09/12/2013 18:53:06 | gchain | Unit Status Action | Unit SEU4 cleared from call |
| 09/12/2013 18:56:19 | gchain | Unit Status Action | Unit CP205 At 2nd |
| 09/12/2013 19:39:22 | gchain | Unit Status Action | Unit CP205 cleared from call |
| 09/12/2013 19:39:24 | gchain | Call Updated | Dispositions Changed |
| 09/12/2013 19:39:25 | gchain | Call Cleared | |

## Unit Log

| Log Date/Time | Entered By | Unit | Status | Action | Description | Location |
|---|---|---|---|---|---|---|
| 09/12/2013 18:24:51 | tmiller | CP205 | Dispatched | Unit Status Change | | RUFFNER AVE & JACKSON ST, CHARLESTON |
| 09/12/2013 18:24:51 | tmiller | CP205 | On Scene | Unit Status Change | | RUFFNER AVE & JACKSON ST, CHARLESTON |
| 09/12/2013 18:25:00 | tmiller | CP207 | Dispatched | Unit Status Change | | RUFFNER AVE / JACKSON ST, CHARLESTON |
| 09/12/2013 18:25:00 | tmiller | CP207 | On Scene | Unit Status Change | | RUFFNER AVE / JACKSON ST, CHARLESTON |

# Detail Call For Service Report

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Login ID:** metro\mcelhaney | | **Print Date/Time:** 07/23/2014 09:13 | | | |
| **From CFS:** | 339 | **From Date:** | 09/12/2013 18:24 | **CFS Type:** | All | |
| **To CFS:** | 339 | **To Date:** | 09/12/2013 18:24 | **Agency Type:** | | |
| **Layer:** All | | **Areas:** | All | | | |
| **CFS Number:** | 339 | **Call Date/Time:** | 09/12/2013 18:24:51 | **Primary Incident:** | 2013-00135856 | |

**Unit Log**

| Log Date/Time | Entered By | Unit | Status | Action | Description | Location |
|---|---|---|---|---|---|---|
| 09/12/2013 18:25:24 | tmiller | SEU4 | Dispatched | Unit Status Change | | RUFFNER AVE / JACKSON ST, CHARLESTON |
| 09/12/2013 18:29:51 | default_nws - default_nws | CP205 | On Scene | Unit Timer Expired | | RUFFNER AVE & JACKSON ST, CHARLESTON |
| 09/12/2013 18:30:00 | default_nws - default_nws | CP207 | On Scene | Unit Timer Expired | | RUFFNER AVE / JACKSON ST, CHARLESTON |
| 09/12/2013 18:49:54 | gchain | CP205 | Enrt 2nd | Unit Status Change | | STATION W/ 1 |
| 09/12/2013 18:52:25 | gchain | CP207 | Available | Unit Cleared | Unit cleared from call | |
| 09/12/2013 18:52:25 | gchain | CP207 | Available | Unit Status Change | | |
| 09/12/2013 18:53:06 | gchain | SEU4 | Available | Unit Status Change | | |
| 09/12/2013 18:53:06 | gchain | SEU4 | Available | Unit Cleared | Unit cleared from call | |
| 09/12/2013 18:56:19 | gchain | CP205 | At 2nd | Unit Status Change | | |
| 09/12/2013 19:39:22 | gchain | CP205 | Available | Unit Cleared | Unit cleared from call | |
| 09/12/2013 19:39:22 | gchain | CP205 | Available | Unit Status Change | | |