EXHIBIT 1

The following is a transcription of digitally recorded telephone calls made from the South Central Regional Jail between JENNIFER ALLEN and REGINALD BENNETT.

JA: Hello?

RB: Yeah, yeah I got good news today.

JA: You did, what?

RB: Yeah I um....I talked to the um....(inaudible) and he said um....he hadn't put the – he hadn't put the appeal on – appeal, I mean the appeal for the bond, in yet, put it in Monday.

JA: He told me he says – anyway, good.

RB: Right I don't know yeah he told me (inaudible) he told me (inaudible) what he told you.

JA: Well I guess that's all (inaudible) his secretary when I talked to bring the power of attorney thing because (inaudible) but I'll remind him (Inaudible) done and I said well it's not me it's (inaudible).

RB: Yeah he said....okay (inaudible) he said also (inaudible) waiting for the subpoena (inaudible) like 911 records and stuff like that, said he tryin' get a hold of. He said that's why he (inaudible) trial might be pushed back a month but he gonna try to get me out on the bond, he gonna put my appeal in too; put the appeal on that Monday (inaudible).

JA: Well that's wonderful news.

RB: I am tryin' to figure out what he tells you though I mean...

JA: Yeah he said that there was no reason (inaudible) maybe just I don't know, maybe he got his people mixed up I really don't know but that's what he told me, I wrote it down exactly.

RB: Yeah somethin' wrong there, he said today um....that I can only get from no more than like two years if I was found guilty, they say she gonna try to get it (inaudible) motion hearings....

JA: Yes.

RB: ....(inaudible) and all that shit (inaudible) that's why he wants to subpoena (inaudible) and all that stuff and when they actually call that stuff in and all that.

JA: Okay.

RB: So it's lookin' good.

JA: I sure do hope so, I cannot wait. Are you gonna (inaudible)?

RB: Huh? Hello?

JA: Are you gonna just stay in Kentucky long?

RB: I don't know, I don't know yet, they told me – he don't even know. He said he probably comin' down here, he told me to call him in the morning if we move or not right? Because he's got those subpoenas um....so I got to call him in the morning (inaudible) more or not, might move tomorrow, might not you know? Personally I don't think (inaudible) but I don't know (inaudible) I don't know, I mean that's the good news though, the good news is I can't (inaudible) I mean I get by with (inaudible( I can't get no more than two years but I don't think I am gonna get found guilty (inaudible).

JA: Good, oh everything does wonderful.

RB: You know that's still – that's still – that's still home detention.

JA: Well that would be even better.

RB: Right. I mean worse come to worse you know but (inaudible)

JA: Wow. I thought that was what he was leading but he never came out and said that.

RB: (Inaudible) car or somethin'.

JA: No why?

RB: He (inaudible) the car.

JA: Well he didn't get them from me.

RB: Well somebody came to (inaudible).

JA: Nobody knows where the car is.

RB: They got the address.

JA: It's not here honey.

RB: Where's it at?

JA: I'm not telling you, not right now, I'm not gonna (inaudible).

RB: (inaudible)

JA: I'm not gonna say it on a recorded line no but it's safe, but it's not here at my house no (inaudible)

RB: Where the – where the keys at?

JA: I have them and I'm starting it every other day. I am taking care of it, but I'm not....

RB: ain't anybody riding or nothin' in it is there?

JA: Absolutely not.

RB: Oh okay.

JA: I have things in it remember? Hello?

RB: Yeah.

JA: I have things in it do you remember....

RB: I heard yam.

JA: Okay?

RB: Yeah.

JA: Okay. But it's safe, no one is driving it, but I did not give any pictures of it at all, he asked him – the secretary asked me today when I was talking with that power of attorney what the license plate number was.

RB: Oh I don't' know what he talkin' about, he said he is waitin' for the pictures or somethin' like that.

JA: Well he's not getting anything from me unless you tell me to do something that's the only way.I am doing anything with anybody. You tell me what to do and I do it but otherwise I don't.

RB: Oh okay you um....you coming down here tomorrow for my birthday tomorrow or not?

JA: Coming down there?

RB: Yeah.

JA: I would love too but I don't have an appointment.

RB: You got an appointment, what time? Oh you say – I don't think you have to make one down here.

JA: Don't what?

RB: I don't think you have to make one down here.

JA: Well I will call and see.

RB: Yeah call and see and then um....I will call you tomorrow and let you know if we move or not because I don't' know if the (inaudible) tomorrow or not I don't know, but I will know like early in the morning.

JA: Okay.

RB: Alright so you gonna call now, you gonna call now and see (inaudible)?

JA: Yes I am and I will leave you a voicemail okay?

RB: Alright, alright now, I am (inaudible) how's your day going?

JA: It's okay. I miss you.

RB: I miss you too (inaudible) good news I can kind of rest easier now.

JA: Yeah, that is wonderful news. I am excited, I'll rest much better when you're here with me.

RB: Yeah. Alright well, call now – call now and see but um....when um....(inaudible) day is (inaudible) so I don't want to burn it up.

JA: Okay. I love you.

RB: Alright I love you too.

JA: I'll talk to you soon, I'll leave you a voicemail.

RB: Alright.

JA: Alright, bye.

RB: Bye-bye.