IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION



UNITED STATES OF AMERICA,

        Plaintiff,

v.                    CRIMINAL ACTION NO.   2:13-cr-00320

REGINALD B. BENNETT, and,
JENNIFER S. ALLEN,

        Defendants.

## EXHIBIT LIST

| Gov't No. | Def't No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| 1 |   | 8-12-14 | 8-12-14 | application for a search warrant | Clerk |
|   | 1 | 8-12-14 | 8-12-14 | cd of jail call dated 12-24-13 @ 19:49 PM | Clerk |
|   | 2 | 8-12-14 | 8-12-14 | cd and transcript of jail call dated 12-23-13 @15:54 PM | Clerk |
|   | 3 | 8-12-14 | 8-12-14 | cd and transcript of jail call dated 12-24-13 @ 21:03 PM | Clerk |
|   | 4 | 8-12-14 | 8-12-14 | cd and transcript of jail call dated 12-31-13 @ 16:51 PM | Clerk |
|   | 5 | 8-12-14 | 8-12-14 | cd and transcript of jail call dated 12-31-13 @ 15:56 PM | Clerk |
|   | 6 | 8-12-14 | 8-12-14 | cd and transcript of jail call dated 12-30-13 @ 17:52 PM | Clerk |
|   | 7 | 8-12-14 | 8-12-14 | cd and transcript of jail call dated 1-2-14 @ 11:45 AM | Clerk |

|  | 8 | 8-12-14 | 8-12-14 | cd and transcript of jail call dated 1-2-14 @ 20:30 PM | Clerk |
| --- | --- | --- | --- | --- | --- |
|  | 9 | 8-12-14 | 8-12-14 | cd and transcript of jail call dated 1-2-14 @ 20:43 PM | Clerk |

*Location options: Clerk; U.S. Atty; U.S. Marshal; Pl. Atty; Def. Atty; agency