

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

V.    CRIMINAL NO: 2:13-cr-00320

REGINALD BENNETT,

# SCRJ CALL: 12-24-13 @ 19:49 P.M.

DEFENDANT'S EXHIBIT
Reginald Bennett et al
CASE NO. 2:13-cr-320
8-12-14
EXHIBIT NO. 1