

US v Bennett
2:13-cr-00320
SCRJ CALL: 12-23-13
15:54

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

V.                                       CRIMINAL NO: 2:13-cr-00320

REGINALD BENNETT,

# SCRJ CALL: 12-23-13 @ 15:54 P.M.


DEFENDANT'S EXHIBIT
Reginald Bennett et al
CASE NO. 2:13-cr-320
8-12-14
EXHIBIT NO. 2

JA: I will be there Thursday at....is there anything else I can do? I mean what about — I thought about breaking your window actually but I thought your alarm would go off.

RB: No, no, no don't.....you gotta be careful what you say on the phone — on this phone too but I know they ain't (inaudible) but look, but um....

JA: The cat — I am worried about your kitty cat.

RB: Oh that's what you're talkin' about? Yeah could do that but I don't know how 'cause that's the only way.....um......you gonna get to him really, but my alarm gonna go off too. You hear me?

JA: Well if they don't — if they don't contact you they can't do anything to me right?

RB: The police will come out, yeah the police will come out. They ain't have no way to get in contact with me to even verify anything.

JA: So what would happen to me if I did that?

RB: I don't know, police would probably come. Probably think you are trying to break in.

JA: Well I may do that...can you give me — can you give me a key tomorrow?

RB: Huh?

JA: Can you give me a key tomorrow when I see you?

RB: I don't have my keys with me. I don't have no property with me right now they...

JA: Can you sign a paper?

RB: Huh?

JA: Can you sign a paper or anything? I mean I don't know what to do about that cat because I'm really thinking of breaking....

RB: I know, I just hope...

JA: ......I may break the window and then board it up.

RB: Yeah you could do that, yeah go ahead and do that.

JA: Because I can even have it repaired I mean 'cause that's....I can't....

BENNETT-00525

RB: Well its (inaudible) it's going already (inaudible) then my whole house is open so anybody can just come in there you know what I'm saying?

JA: Not if I fix it.

RB: My alarm ain't gonna be set again.

JA: Okay well we'll talk more about that tomorrow what to do 'cause...

RB: (inaudible) yeah I just hope – I just hope......I just hope a.......it might be alright.

JA: He won't live for seven days.

RB: You don't think so?

JA: No they can't go more than – actually only four days that's why I was gonna break the window. Four days without water.

RB: Alright you going – I mean can you do that and then just stay at my house?

JA: I could yes, but it will be after I see you tomorrow.

RB: Alright there's a window already – there's already busted around there where the hot tub is. But you have to climb in there without getting cut, how you gonna do that?

JA: I could – I can do that and then I will just call for a window repair or I can even......find the glass and do it myself, I've fixed many windows but we'll talk more – unfortunately I shouldn't have said that right?

RB: Well nah, nah, you're alright. It's my house. That's probably the only place.....

JA: But I am going to be there tomorrow at 12:30, they said that I can see you, I had to call this morning for that appointment. I will be there at 12:30, I've got to see you at 12:30, I have to be there at 11:30.

RB: Okay. Yeah that might – that might be the only way – that might be the only way to get in there 'cause that alarm gonna definitely go off though.

JA: Well we'll just see how good your alarm system is.

RB: Oh its gonna go off, the only way you can – only way you can um....oh you know what? If you go

21 | Page

BENNETT-00526

through that one window and don't go in the living room and don't go upstairs it won't go off.

JA: Okay the one by the hot tub?

RB: Nah but you know what it is, its gonna go off, it is gonna go off 'cause I got one in the um......I might have one in the kitchen, like one the kitchen window, you know the motion detectors?

JA: Yes. But what about beside the hot tub?

RB: Yeah that room is up – it's not in that room but I think the motion detector is gonna go off once you go in through the kitchen, I think there might be a.....motion detector in the kitchen I think.

JA: Well if I just well.....well I'll just have to see what they do to me, I mean they'll have to get a hold of you. Maybe you can write a piece of paper that I have permission to be there and you can give it to me tomorrow.

RB: I don't know, yeah probably.

JA: We'll think of something tonight, you think of something, but are you really doing okay?

RB: Yeah I'm doing alright, yeah, everything good. I ain't – I need a damn cigarette but....huh?

JA: You can't even smoke?

RB: Hell no.

JA: I was gonna say don't they bring you – you want me to bring you cigarettes or snacks? Can I bring you anything like that or put money on the – on that place where you can go get your own snacks?

RB: No you can't even do that. It ain't gonna be that long. I can do another – I can do another day. Yeah call the public defender right?

JA: Okay.

RB: And a.....oh okay....another way it won't go off if you go through the window where the washing machine at, you know where I'm talking about?

JA: Yes.

RB: You know where I'm talking about?

BENNETT-00527