IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 2:13-00320

**REGINALD B. BENNETT**
**JENNIFER S. ALLEN**

**EIGHTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA
TO DEFENDANT'S STANDARD DISCOVERY REQUESTS AND
REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Orders and Standard Discovery Requests entered by the Court in this case on May 29, 2014, the United States of America, by counsel, herewith supplements its response as follows:

**Request E:** **Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]**

**Response:** Enclosed on disc are the following:

1. Detail Call Service Report for traffic stop at Ruffner Avenue/Jackson Street, Charleston, West Virginia on September 12, 2013 (BENNETT – 00709-00711). This document was previously disclosed as Exhibit 1 to the United States Response to

Defendant, Reginald B. Bennett's Request for Motion for Additional Discovery and Disclosure of Evidence Against Defendant, ECF 98, 98-1.;

2. Detail Call Service Report on December 20, 2013, at 1500 Dixie Street, Charleston, West Virginia (BENNETT – 00712-00716). This document was previously disclosed as Exhibit 1 to the United States Response to Defendant, Reginald B. Bennett's Request for Motion for Additional Discovery and Disclosure of Evidence Against Defendant, ECF 98, 98-1.;

3. Memorandum of Interview of Tony Ray Allen on August 19, 2014, by Special Agent G. Robert Cunningham (BENNETT – 00717 – 00721);

4. Memorandum of Interview of Glen Carte Jr. on August 19, 2014, by Special Agent G. Robert Cunningham (BENNETT – 00722 – 00724);

5. Memorandum prepared by United States Probation Officer Michelle Jones on January 30, 2014 to District Judge Thomas E. Johnston (BENNETT – 00725 – 00726);

6. Forensic Lab Case Submission Form prepared by Owen Morris, Charleston Police Department (BENNETT – 00729 – 00730);

7. Transcript of jail phone call made December 24, 2013 by Reginald B. Bennett to Jennifer S. Allen (BENNETT – 00731 – 00737); and

8. Transcript of jail phone call made December 24, 2013 by Reginald B. Bennett to Jennifer S. Allen (BENNETT – 00738 – 00746).

**Request F: Permit the defendant to inspect and to copy or photograph the results or reports of any physical or mental examination and of any scientific tests or experiment if (i) the item is within the government's possession, custody, or control; (ii) the attorney for the government knows--or through due diligence could know--that the item exists; and (iii) the item is material to preparing the defense or the government intends to use the item in its case-in-chief at trial. [Fed. R. Crim. P. 16(a)(1)(F)]**

**Response:** A copy of the West Virginia State Police, Digital Forensics Unit, Digital Forensics Analysis Report prepared by Digital Forensics Analyst Allison L. Simms, Lab Case No. 1304439 dated June 9, 2014 is attached hereto (BENNETT – 00727 – 00728).

## REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 14 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

By:

s/Erik S. Goes
ERIK S. GOES
Assistant United States Attorney
WV Bar No. 6893
300 Virginia Street, E.
Rm. 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email:erik.goes@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "EIGHTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 20th day of August, 2014 to:

>Brian D. Yost
>209 West Washington Street
>Charleston, WV  25302
>*Counsel for Reginald B. Bennett*

>John R. Mitchell
>David Dawson
>John R. Mitchell, L.C.
>206 Berkeley Street
>Charleston, WV 25301
>*Counsel for Jennifer S. Allen*

>/s/Erik S. Goes
>ERIK S. GOES
>Assistant United States Attorney
>WV Bar No.6893
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax: 304-347-5104
>Email:erik.goes@usdoj.gov